[No. 37348-0-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR
MANUEL ARRELLANO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03518-0, George T. Mattson, J., entered
August 31, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 37874-1-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RILEY
JAMES PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05638-3, Deborah Fleck, J., entered January 19, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38381-7-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER M. MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-00820-0, Robert H. Alsdorf, J., entered
March 20, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 38555-1-I.    Division One.    June 23, 1997.]

PATRICIA CAROW-WOOD, ET AL., *Appellants*, v.
WILLIAM R. WOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-05147-1, Charles V. Johnson, J., entered
April 19, 1996. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Cox, J.